**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TYRON WATSON**,

    Plaintiff,

vs.                                Case No. 4:16cv710-RH/CAS

**LEON COUNTY JAIL,
MIKE WOODS, et al.,**

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

On November 14, 2016, this case was initiated by Plaintiff Tyron Watson who was detained or incarcerated in the Leon County Jail. ECF No. 1. Plaintiff did not pay the filing fee at the time the complaint was submitted, nor was an in forma pauperis motion filed. An Order was entered on November 17, 2016, directing Plaintiff to do one or the other. ECF No. 3. The Order explained that Plaintiff must either pay the filing fee or file the required in forma pauperis motion by December 15, 2016. *Id.* Despite being warned that failure to comply with the Order would result in a recommendation to dismiss this case, ECF No. 3, Plaintiff has neither paid

the filing fee nor filed an in forma pauperis motion.  Plaintiff has abandoned this litigation and this case should be dismissed without prejudice.

It is, therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on January 13, 2017.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv710-RH/CAS